CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

November 15, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY LEE RAVENSCROFT, | )<br>) |
| Plaintiff, | ) Case No. 7:24-cv-00692<br>) |
| v. | ) **MEMORANDUM OPINION**<br>) |
| ASHLEY MONROE *et al.*, | ) By:   Hon. Thomas T. Cullen<br>)         United States District Judge |
| Defendants. | ) |

Plaintiff Gary Lee Ravenscroft, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983. (*See* Compl. [ECF No. 1].) On October 9, 2024, the Court ordered Plaintiff to submit a prisoner trust account report for the six-month period immediately preceding the filing of the complaint. (Order 1–2 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has failed to comply with the Court's order. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile his claims in a separate action, subject to any applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 15th day of November, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE